UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KE DIAN WANG,

                Petitioner,

        -v-

LADEON FRANCIS, *et al.*,

                Respondents.

25-CV-9830 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On consent of the parties, the Court finds that jurisdiction and venue in this habeas corpus action brought under 28 U.S.C. § 2241 properly lie in the United States District Court for the District of New Jersey, where Petitioner was confined at the time the petition was filed.   *See Ozturk v. Hyde*, 136 F.4th 382, 391 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268, 286-92 (S.D.N.Y. 2025).

The Order at ECF No. 4 enjoining Petitioner's removal from the United States and from specified districts shall remain in effect unless and until the transferee court orders otherwise. *See id*. at 291.

Accordingly, this case is hereby **TRANSFERRED** pursuant to 28 U.S.C. § 1406(a) to the United States District Court for the District of New Jersey.   The Clerk of Court is directed to transfer the case **immediately**, and the seven-day waiting period in Local Rule 83.1 is waived.

SO ORDERED.

Dated: December 1, 2025
      New York, New York

_____
J. PAUL OETKEN
United States District Judge