UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KE DIAN WANG,

          Petitioner,

   v.

KRISTI NOEM, *et al.*,

          Respondents.

No. 1:25-cv-18053 (CPO)

**ORDER**

    **THIS MATTER** comes before the Court by way of Petitioner's letter informing the Court of unreturned property in possession of Respondents. (ECF No. 39); and

    **WHEREAS**, on December 10, 2025, the Court granted the Petition for Writ of Habeas Corpus, and ordered Respondents to immediately release Petitioner from their custody "under the same conditions that were in effect immediately prior to his recent detention." (ECF No. 31); and

    **WHEREAS**, Petitioner now asserts that, although he was unconditionally released, Respondents have not returned certain personal property that was in Petitioner's possession at the time of his detention, as set forth in a property receipt, including: (1) a phone; (2) a wallet; (3) a driver's license; (4) two debit cards; (5) $840 in cash; and (6) an envelope containing immigration paperwork. (ECF No. 39); and

    **WHEREAS**, despite repeated requests and diligent attempts to coordinate with ICE to retrieve his property, Petitioner has inexplicably not received a direct answer as to where his property is located and why it has not been returned. (*Id.*); therefore

    **IT IS,** on this <u>6th</u> day of <u>February</u> 2026,

**ORDERED** Respondents shall file a letter on the docket by <u>4:00 p.m. on Tuesday, February 10, 2026</u>, responding to Petitioner's letter and setting forth the full and complete extent Respondent's efforts to locate and return Petitioner's property. Such response shall be supported by an affidavit or other statement under oath from an individual with personal knowledge of the relevant facts.

*Christine P. O'Hearn*
_____
**CHRISTINE P. O'HEARN**
**United States District Judge**