# McCarter & English

| | |
|---|---|
| Danielle Roman<br>Pro Bono Fellow<br><br>T. 973-849-4015<br>F. 973-624-7070<br><br>droman@mccarter.com | McCarter & English, LLP<br><br>Four Gateway Center<br>100 Mulberry St.<br>Newark, NJ 07102<br><br>www.mccarter.com |

February 13, 2026

**SO ORDERED this __13__ day of __February__ 20__26__**

*Christine P. O'Hearn*
United States District Judge

**VIA ECF**

Hon. Christine P. O'Hearn, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re:** *Ke Dian Wang v. LaDeon Francis, et al.,* **Civil Action No. 25-18053**

Dear Judge O'Hearn:

Together with the New York Legal Assistance Group, this Firm represents Petitioner Ke Dian Wang. On February 2, 2026, this Court ordered that Petitioner may file an application for fees within fourteen days of the entry of the Order. (ECF No. 38). Due to the need to translate Petitioner's declaration and have it signed by Petitioner, and co-counsels' personal scheduling conflicts, counsel respectfully requests a one week extension of time to file its application.

We thank the Court for its consideration.

Sincerely,

*/s/ Danielle Roman*
Danielle Roman

ME1\59994439.v3